IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Guangdong Zhang,<br><br>Plaintiff,<br>v.<br><br>United States Department of State, *et al.*,<br><br>Defendant. | ) | No. CIV 26-198-TUC-CKJ<br><br>**ORDER** |

Plaintiff has filed a Notice of Voluntary Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) (Doc. 11). The rule provides a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" *Id*. Further, Plaintiff seeks dismissal with prejudice. *See* Fed.R.Civ.P. 41(a)(1)(B) (dismissal is with prejudice if the notice so states). The Court confirms the dismissal with prejudice.

Accordingly, IT IS ORDERED:

1. This case is DISMISSED WITH PREJUDICE.
2. The Clerk of Court shall close its file in this matter.

DATED this 17th day of September, 2026.

Cindy K. Jorgenson
United States District Judge